LEONARD L. CRONE *v.* JAMES A. CONNELLY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 74 Conn. App. 788 (AC 22156), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly granted the defendants' motion for a directed verdict?"

The Supreme Court docket number is SC 16965.

*Leonard M. Crone,* in support of the petition.

Decided March 19, 2003

STATE OF CONNECTICUT *v.* DAVID O'SUCH

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 906 (AC 22160), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 607 (AC 22460), is denied.